# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| K.W. | : | No. 49 MM 2017 |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| S.L. & M.L. | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| G.G. | : | |
| | : | |
| | : | |
| PETITION OF: S.L. & M.L. | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of May, 2017, the Application for *Nunc Pro Tunc* Relief is **DENIED**.